FILED

FEB 05 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

January 21, 2020

1-21-2020

320cv21

Dear, Clerk of Court

This is my notice to the Court that I intent to file suit under Title 28. U.S.C section 2671, et seq. (FTCA) and Title 28 U.S.C section 1346(b)(1) I have made several attempts at securing a screening certificate of merit with respects to West Virigina law but was unable to.

I have contacted the FOIA concerning my medical records and I was denied because the records are "FOIA exempt." I believe that the comman layman can understand without an expert.

I made clear pleadings in my Administrative remedies at all levels In remedy number# 961744.

I asked requested that the video footage be seized from February 21, 2018 in the medical room that I received improper medical care in for court, I also request a sworn affidavit from Dr. Gregory Mims and witness C.O. M. Thomas.

I have exhausted all my administrative remedies with respect to imporper medical care resulting hernia rupture When I first filed my tort claim I filed under "Assault" but after further research I learned I had filed

Pg. 1 of 2

incorrect and I tried to withdraw the claim but Mid-Atlantic regional Counsel Matthew W. Mellady denied my request so I filed a new Tort Claim under Improper Medical Care resulting in hernia rupture, deliberate indifference and Nurse John Pyles violated the Standard of Care.

Mid Alantic Regional Counsel Matthew Mellad combined the two claims over my objections so I wrote a reconsideration added evidence but on January 3, 2020 my reconsideration letter was denied Tort Claim Number TRT-MXR-2019-06892.

At this point I feel my case is strong and it's up to this Court to determine if negligence exist or not.

I will present the evidence to the best of my ability.

I never consented for Nurse John Pyles to try to reduce my Incarcerated/Strangulated hernia.

The video footage alone will prove negligence.

Let this court Please take notice that I need a FTCA form and this is the Notice to the Court

Date: 1-21-2020          Thank You

Michael Anthony Lindsey 18004-041

Pg. 2 of 2